PLATT, Respondent, v. SMITH, Appellant.

1. The Kansas city court of common pleas has no jurisdiction to enforce mechanics' liens. (Ashburn v. Ayres, 28 Mo. 75, affirmed.)

*Appeal from Kansas City Court of Common Pleas.*

*Otter* and *Smith*, for appellant, cited Ashburn v. Ayres, 28 Mo. 75.

*Ryland & Son*, for respondent.

SCOTT, Judge, delivered the opinion of the court.

The case of Ashburn v. Ayres, 28 Mo. 75, determines that the Kansas court of common pleas has no jurisdiction to enforce mechanics' liens. When this suit was instituted, the law in relation to the jurisdiction of the court was the same as when the case, to which reference has been made, was brought. Reversed; the other judges concur.